**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

WILLIAM F. CARADINE/ASSABUR                                                                PLAINTIFF
ADC #90785

V.                                             NO: 4:11CV00027 JLH

ST. VINCENT HOSPITAL                                                                          DEFENDANT

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case with prejudice with respect to Plaintiff's 42 U.S.C. § 1983 claim, and without prejudice with respect to his state law wrongful death claim; the relief sought is denied. The Court further certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 7th day of February, 2011.

*/s/ J. Leon Holmes*
UNITED STATES DISTRICT JUDGE